# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SOPHOS LIMITED,<br><br>　　Defendant. | CIVIL ACTION NO. 4:19-cv-881-ALM<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Under FED. R. CIV. P. 41(a)(2) and (c), plaintiff American Patents LLC ("American") and defendant Sophos Ltd. ("Sophos") hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "LICENSE AGREEMENT" and dated February 10, 2020 (the "Agreement"), with each party to bear its own costs, expenses and attorneys' fees for this action, subject to the terms of that agreement.

Dated: February 12, 2020

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for American Patents LLC*

## CERTIFICATE OF CONFERENCE

    The undersigned hereby certifies that counsel for American Patents have conferred with in-house counsel for Sophos Limited, Ira Heffan, who confirms that this motion is agreed.

By: /s/ *Zachariah S. Harrington*
      Zachariah S. Harrington

1